**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**GREGORY CRUTCHER**,
individually and on behalf of other
similarly situated individuals,

        Plaintiff,                              No. 18-cv-00412-JCH-KBM

v.

**LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY PERSONAL INSURANCE COMPANY,
SAFECO INSURANCE COMPANY OF AMERICA,
And SAFECO NATIONAL INSURANCE COMPANY**,

        Defendants.

**PLAINTIFF'S OPPOSED EMERGENCY MOTION TO STAY
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS, TO CERTIFY A
QUESTION OF LAW TO THE SUPREME COURT OF NEW MEXICO, AND
PLAINITT'S RIGHT TO AMEND AS A MATTER OF COURSE
<u>PURSUANT TO RULE 15</u>**

Plaintiff, Gregory Crutcher, by undersigned counsel, on an emergency basis respectfully moves the court for an order staying Defendants' Rule 12(c) Motion and Motion to certify a question of law to the Supreme Court of New Mexico [Docket No. 19] in the above-entitled action pending the court's decision on Plaintiff's Motion to Remand [Docket No. 17]. Plaintiff also moves the court for an order staying the 21-day period to amend his complaint as a matter of course, pursuant to Rule 15, pending the court's decision on the Motion to Remand. In the alternative, if the court denies the Motion to Remand, Plaintiff moves the court for an order granting permission to file an amended complaint within ten (10) days of the entry of an order denying the Motion to Remand.

The grounds to stay will promote economy of time and effort for the court, for counsel, and for litigants, as more fully appears in the affidavit of Kedar Bhasker, attached to this motion and marked Exhibit 1.

Plaintiff's counsel has discussed the filing of this Motion with Defendants' counsel and Defendants object to this Motion to Stay.

Dated: May 22, 2018

Respectfully submitted,

/s/ *Kedar Bhasker*
KEDAR BHASKER
Attorney for Plaintiff
1400 Central Ave. SE, Suite 2000
Albuquerque, NM 87106
Phone:  (505) 720-2113
Fax:  505-998-6628
Kedar@bhaskerlaw.com

CORBIN HILDEBRANDT
Attorney for Plaintiff
1400 Central Ave. SE, Suite 2000
Albuquerque, NM 87106
Phone:  (505) 998-6626
Fax:  (505) 998-6628
corbin@hildebrandtlawnm.com

## CERTIFICATE OF SERVICE

I further hereby certify that on May 22, 2018, I filed the foregoing pleading electronically through the CM/ECF File System, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Meena Allen
6121 Indian School Road, NE, Suite 230

Albuquerque, New Mexico 87110

Rodger L. Eckelberry
Casie D. Collignon
Matthew C. Baisley
Brian R. Noethlich
Baker & Hostetler LLP
200 Civic Center Dr., Suite 1200 Columbus, OH 43215-4138

/s/ *Kedar Bhasker*

Kedar Bhasker