**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GREGORY CRUTCHER, individually and on behalf of other similarly situated individuals,

     Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY PERSONAL INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF AMERICA, FIRST NATIONAL INSURANCE COMPANY OF AMERICA, and SAFECO NATIONAL INSURANCE COMPANY,

     Defendants.

Civil No. 1:18-cv-00412-JCH-KBM

**PLAINTIFF'S STIPULATED MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE CLAIMS AGAINST DEFENDANTS LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY PERSONAL INSURANCE COMPANY, AND SAFECO <u>NATIONAL INSURANCE COMPANY</u>**

On June 21, 2018, Plaintiff Gregory Crutcher filed his First Amended Class Action Complaint, in which he named Liberty Mutual Insurance Company, Liberty Personal Insurance Company, and Safeco National Insurance Company as Defendants.  *See* First Am. Class Action Compl. ¶¶ 2–3, 6, filed June 21, 2018 (Doc. 32).  On July 16, 2018, those Defendants moved the Court to dismiss under Federal Rule of Civil Procedure 12(b)(1).  *See* Mot. of Liberty Mut. Ins. Co., Liberty Personal Ins. Co., & Safeco Nat. Ins. Co. to Dismiss 1st Am. Class Action Compl., filed July 16, 2018 (Doc. 37).  Having reviewed that motion and the relevant law, Mr. Crutcher moves under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to voluntarily dismiss his claims against Liberty Mutual Insurance Company, Liberty Personal Insurance Company, and Safeco National Insurance Company without prejudice.

Respectfully submitted,

/s/ *Jeremy D. Farris*
David A. Freedman
Jeremy D. Farris
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD, P.A.
20 First Plaza Center NW, Suite 700
Albuquerque, NM 87102
P: (505) 842-9960
daf@fdblaw.com
jdf@fbdlaw.com

Kedar Bhasker
BHASKER LAW
1400 Central Ave. SE, Suite 2000
Albuquerque, NM 87106
Phone:  505 720-2113
Kedar@bhaskerlaw.com

Corbin Hilderbrandt
CORBIN HILDEBRANDT P.C.
Attorney for Plaintiff
1400 Central Ave. SE, Suite 2000
Albuquerque, NM 87106
Phone:  505 998-6626
corbin@hildebrandtlawnm.com

Geoffrey R. Romero
LAW OFFICES OF GEOFFREY R.
ROMERO
4801 All Saints Rd NW #A
Albuquerque, NM 87120
Fax: 505 271 1539

*Counsel for Plaintiff*

Approved by:

/s/ *Rodger L. Eckelberry*   (by permission)
Rodger L. Eckelberry
BAKER & HOSTETLER LLP
200 Civic Center Drive, Ste. 1200
Columbus, OH 43215
(614) 228-1541

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of July, 2018, I filed the foregoing using CM/ECF which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Meena H Allen
mallen@mallen-law.com

Matthew C. Baisley
mbaisley@bakerlaw.com

Casie Collignon
ccollignon@bakerlaw.com

Rodger Eckelberry
reckelberry@bakerlaw.com

*/s/  Jeremy D. Farris*
Jeremy D. Farris

3