**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GREGORY CRUTCHER, individually and on
behalf of other similarly situated individuals,

      Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY, LIBERTY PERSONAL
INSURANCE COMPANY, SAFECO
INSURANCE COMPANY OF AMERICA,
FIRST NATIONAL INSURANCE
COMPANY OF AMERICA, and SAFECO
NATIONAL INSURANCE COMPANY,

      Defendants.

Civil No. 1:18-cv-00412-JCH-KBM

**ORDER**

THIS MATTER comes before the Court on Plaintiff's Stipulated Motion to Voluntarily Dismiss Without Prejudice Claims Against Defendants Liberty Mutual Insurance Company, Liberty Personal Insurance Company, and Safeco National Insurance Company, filed July 31, 2018 (Doc. 47) ("Stipulated Motion").  In the Stipulated Motion, Plaintiffs move the Court under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismiss Plaintiff's claims against (i) Liberty Mutual Insurance Company; (ii) Liberty Personal Insurance Company; and (iii) Safeco National Insurance Company without prejudice.  *See* Stipulated Motion at 1.   In accordance with Rule 41(a)(1)(A)(ii), the Stipulated Motion is "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, the Court CONCLUDES AND ORDERS:

1.      Plaintiff's Stipulated Motion to Voluntarily Dismiss Without Prejudice Claims Against Defendants Liberty Mutual Insurance Company, Liberty Personal Insurance Company, and Safeco National Insurance Company, filed July 31, 2018 (Doc. 47) is GRANTED; and

2.      Plaintiff's claims against Liberty Mutual Insurance Company, Liberty Personal Insurance Company, and Safeco National Insurance Company asserted in the above-captioned matter are DISMISSMED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

_____
The Honorable Judith C. Herrera


Respectfully submitted,

/s/ *Jeremy D. Farris*
David A. Freedman
Jeremy D. Farris
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD, P.A.
20 First Plaza Center NW, Suite 700
Albuquerque, NM 87102
P: (505) 842-9960
daf@fdblaw.com
jdf@fbdlaw.com

Kedar Bhasker
BHASKER LAW
1400 Central Ave. SE, Suite 2000
Albuquerque, NM 87106
Phone:  505 720-2113
Kedar@bhaskerlaw.com

Corbin Hilderbrandt
CORBIN HILDEBRANDT P.C.
Attorney for Plaintiff
1400 Central Ave. SE, Suite 2000
Albuquerque, NM 87106
Phone:  505 998-6626

corbin@hildebrandtlawnm.com

Geoffrey R. Romero
LAW OFFICES OF GEOFFREY R. ROMERO
4801 All Saints Rd NW #A
Albuquerque, NM 87120
Fax: 505 271 1539

*Counsel for Plaintiff*

Approved by:

/s/ *Rodger L. Eckelberry* (by permission)
Rodger L. Eckelberry
BAKER & HOSTETLER LLP
200 Civic Center Drive, Ste. 1200
Columbus, OH 43215
(614) 228-1541

*Counsel for Defendants*