**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GREGORY CRUTCHER, individually and on behalf of
other similarly situated individuals,

     Plaintiff,

v.                                           **1:18-cv-00412-JCH-KBM**

FIRST NATIONAL INSURANCE COMPANY OF AMERICA and
SAFECO INSURANCE COMPANY OF AMERICA

     Defendants.

### DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO STAY

     Defendant, Safeco Insurance Company of America ("Safeco" or "Defendant") respectfully submits its Motion to Stay[1].  As grounds, Defendant states as follows:

### I.     INTRODUCTION

     Defendant moves this Court to stay this case pending the Supreme Court of New Mexico's resolution of the following question of law certified by the Court *sua sponte* in *Joshua Smith v. Interinsurance Exchange of the Automobile Club, aka AAA*, Case No. 1:22-cv-00447-WJ (D.N.M.):

> Whether *Crutcher v. Liberty Mut. Ins. Co*, 2022-NMSC-001, 501 P.3d 433 [requiring insurers to "disclose the limitations of minimum limits UM/UIM policies in the form of an exclusion" in policies and holding that "such coverage is illusory because it is misleading to the average policyholder", *id.* at ¶ 1], applies prospectively or retroactively?

*Id.* at ECF No. 24.

---

[1] Pursuant to D.N.M.LR-Civ. 7.1(a), concurrence from counsel was sought on February 7, 2023, and was denied on February 8, 2023.

The Supreme Court of New Mexico has accepted the certified question. Order Accepting Certification Request, *Joshua Smith v. Interinsurance Exchange of the Automobile Club*, No. S-1-SC-39659 (S.C.N.M.).

Under the New Mexico Supreme Court's briefing schedule, defendant's brief is due on February 24, 2023, plaintiff's answer brief is due 45 days after service of defendant's brief and defendant's reply, if any, is due 20 days after service of the answer brief. *Id.* The Court should stay all proceedings because the Supreme Court of New Mexico's answer to the certified question presented by *Smith* is potentially dispositive of all, or most, claims in this case.

## II.   **LAW AND ARGUMENT**

Judicial economy strongly favors a stay of this case because the Supreme Court of New Mexico's resolution of the certified question may resolve most, if not all, of Plaintiff's claims in this litigation.  Plaintiff claims that, prior to the *Crutcher* decision, he and others were sold insurance coverage that was misleading and illusory as defined in *Crutcher*.  *See* First Amended Class Action Complaint, *Crutcher v. Liberty Mutual Ins. Co., et al.*, Case No. 1:18-cv-00412-JCH-LF, ECF No. 32.  If the Supreme Court of New Mexico answers the certified question by deciding that *Crutcher* applies only prospectively, these claims will fail. By issuing a stay pending that decision, then, this Court may spare itself unnecessary effort in working to resolve these claims in the meantime.

Not only may resolution of the certified question determine key issues in this lawsuit, it may also resolve all or part of other lawsuits before this Court. *See Lucero v. Nationwide Mutual Ins. Co., et al.*, No. 1:19-cv-00311-KK-JHR (D.N.M.); *Marrs v. USAA Casualty Ins. Co.*, No. 1:22-cv-00417-SCY-JHR (D.N.M.).

## III.   **CONCLUSION**

In the interest of judicial economy and the interests of the parties, Defendant Safeco Insurance Company of America respectfully requests the Court stay all proceedings pending the

resolution of the certified question of law presented by *Joshua Smith v. Interinsurance Exchange of the Automobile Club, aka AAA*, Case No. 1:22-cv-00447-WJ (D.N.M.).

Respectfully Submitted,

*/s/ Rodger L. Eckelberry*
Rodger L. Eckelberry
Kevin P. Zimmerman
Baker & Hostetler LLP
200 Civic Center Drive
Suite 1200
Columbus, Ohio 43215-4138
(614) 228-1541

*/s/ Meena H. Allen*
Meena H. Allen
Allen Law Firm, LLC
6121 Indian School Road NE
Suite 230
Albuquerque, NM 87110
(505) 298-9400

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February 2023, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

/s/ *Meena H. Allen*
Meena H. Allen

3