**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GREGORY CRUTCHER, *individually and on
behalf of other similarly situated individuals*,

      Plaintiff,

v.                                                                                    No. 1:18-cv-00412-JCH-KBM

LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY PERSONAL INSURANCE COMPANY,
FIRST NATIONAL INSURANCE COMPANY OF
AMERICA, SAFECO INSURANCE COMPANY
OF AMERICA, and SAFECO NATIONAL INSURANCE
COMPANY,

      Defendants.

## ORDER CONTINUING TO STAY THE CASE

This case was previously stayed pending the New Mexico Supreme Court decision on the certified question in *Smith v. Interinsurance Exchange of the Automobile Club*, No. S-1-SC-39659. That decision was issued on October 21, 2024. Subsequently, the parties submitted a *Joint Status Report* requesting that the Court "maintain the current stay until the parties have mediated this case." (JSR 1, Dkt. No. 94.) The Court entered an Order (Dkt. No. 95), staying the case until mediation has been held. On September 2, 2025, the parties submitted another *Joint Status Report*, which notified the Court that the parties held a mediation on August 18, 2025, and that the "mediation resulted in a class settlement in principle, which the parties are working to memorialize via a final settlement agreement." (JSR 1, Dkt. No. 98.) The parties request that the Court "extend the current stay for an additional 60 days while the parties finalize a settlement agreement and a motion for preliminary approval under Fed. R. Civ. P. 23(e)." (*Id.*)

The Honorable Judge Laura Fashing ordered the parties to file their motion for preliminary approval no later than Monday, November 3, 2025. (Order, Dkt. No. 99.) For reasons of judicial economy and efficiency, the Court finds good cause to continue the stay of this case until November 3, 2025.

**IT IS THEREFORE ORDERED** that this case is **STAYED** until November 3, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE